18 USCA S 43                                                            **Page 1**
18 U.S.C.A. § 43                      APPENDIX A
▷

Effective: June 12, 2002

UNITED STATES CODE ANNOTATED
TITLE 18. CRIMES AND CRIMINAL PROCEDURE
PART I--CRIMES
CHAPTER 3--ANIMALS, BIRDS, FISH, AND PLANTS
§ 43. Animal enterprise terrorism

  (a) Offense.--Whoever--

 (1) travels in interstate or foreign commerce, or uses or causes to be used the mail or any facility in interstate or foreign commerce for the purpose of causing physical disruption to the functioning of an animal enterprise; and

(2) intentionally damages or causes the loss of any property (including animals or records) used by the animal enterprise, or conspires to do so,

shall be punished as provided for in subsection (b).

  (b) Penalties.--

 (1) Economic damage.--Any person who, in the course of a violation of subsection (a), causes economic damage not exceeding $10,000 to an animal enterprise shall be fined under this title or imprisoned not more than 6 months, or both.

(2) Major economic damage.--Any person who, in the course of a violation of subsection (a), causes economic damage exceeding $10,000 to an animal enterprise shall be fined under this title or imprisoned not more than 3 years, or both.

(3) Serious bodily injury.--Any person who, in the course of a violation of subsection (a), causes serious bodily injury to another individual shall be fined under this title or imprisoned not more than 20 years, or both.

(4) Death.--Any person who, in the course of a violation of subsection (a), causes the death of an individual shall be fined under this title and imprisoned for life or for any term of years.

 (c) Restitution.--An order of restitution under section 3663 or 3663A of this title with respect to a violation of this section may also include restitution--

 (1) for the reasonable cost of repeating any experimentation that was interrupted or invalidated as a result of the offense;

(2) the loss of food production or farm income reasonably attributable to the offense; and

(3) for any other economic damage resulting from the offense.

  (d) Definitions.--As used in this section--

 (1) the term "animal enterprise" means--

(A) a commercial or academic enterprise that uses animals for food or fiber production, agriculture, research, or testing;

(B) a zoo, aquarium, circus, rodeo, or lawful competitive animal event; or

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(C) any fair or similar event intended to advance agricultural arts and sciences;

(2) the term "physical disruption" does not include any lawful disruption that results from lawful public, governmental, or animal enterprise employee reaction to the disclosure of information about an animal enterprise;

(3) the term "economic damage" means the replacement costs of lost or damaged property or records, the costs of repeating an interrupted or invalidated experiment, or the loss of profits;  and

(4) the term "serious bodily injury" has the meaning given that term in  section 1365 of this title.

 (e) Non-preemption.--Nothing in this section preempts any State law.

 CREDIT(S)

(Added Pub.L. 102-346, § 2(a), Aug. 26, 1992, 106 Stat. 928, and amended  Pub.L. 104-294, Title VI, § 601(r)(3), Oct. 11, 1996, 110 Stat. 3502; Pub.L. 107-188, Title III, § 336, June 12, 2002, 116 Stat. 681.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

 Revision Notes and Legislative Reports

 1992 Acts. Senate Report No. 102-498(Parts I and II), see 1992 U.S. Code Cong. and Adm. News, p. 805.

 1996 Acts. House Report No. 104-788, see 1996 U.S. Code Cong. and Adm. News, p. 4021.

 2002 Acts. House Conference Report No. 107-481 and Statement by President, see 2002 U.S. Code Cong. and Adm. News, p. 464.

 Amendments

 2002 Amendments. Subsec. (a).  Pub.L. 107-188, § 336(a), rewrote subsec. (a) which formerly read:

 "(a) Offense.--Whoever--

"(1) travels in interstate or foreign commerce, or uses or causes to be used the mail or any facility in interstate or foreign commerce, for the purpose of causing physical disruption to the functioning of an animal enterprise;  and

"(2) intentionally causes physical disruption to the functioning of an animal enterprise by intentionally stealing, damaging, or causing the loss of, any property (including animals or records) used by the animal enterprise, and thereby causes economic damage exceeding $10,000 to that enterprise, or conspires to do so;

 "shall be fined under this title or imprisoned not more than one year, or both."

 Subsec. (b).  Pub.L. 107-188, § 336(b), rewrote subsec. (b) which formerly read:

 "(b) Aggravated offense.--

"(1) Serious bodily injury.--Whoever in the course of a violation of subsection (a) causes serious bodily injury to another individual shall be fined under this title or imprisoned not more than 10 years, or both.

"(2) Death.--Whoever in the course of a violation of subsection (a) causes the death of an individual shall be fined under this title and imprisoned for life or for any term of years."

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Subsec. (c). Pub.L. 107-188, § 336(c), in par. (1) struck "and" at the end; in par. (2) struck the period at the end and inserted "; and"; and added par. (3).

1996 Amendments. Subsec. (c). Pub.L. 104-294, § 601(r)(3), inserted "or 3663A" following "under section 3663".

Prior Provisions

A prior section 43, Acts June 25, 1948, c. 645, 62 Stat. 687; Sept. 2, 1960, Pub.L. 86-702, § 2, 74 Stat. 754; Dec. 5, 1969, Pub.L. 91-135, § 7(a), 83 Stat. 279, related to the transportation of wildlife taken in violation of State, National, or foreign law, the receipt of such wildlife, and the making of false records in relation thereto, and was repealed by Pub.L. 97-79, § 9(b)(2), Nov. 16, 1981, 95 Stat. 1079. See section 3372(a) of Title 16, Conservation.

Short Title

1992 Amendments. Section 1 of Pub.L. 102-346 provided that: "This Act [enacting this section and provisions set out as notes under this section] may be cited as the 'Animal Enterprise Protection Act of 1992'."

Rule of Construction

Provisions of Title III, Pub.L. 107-188 not to be construed to alter the jurisdiction between the Secretary of Agriculture and the Secretary of Health and Human Services, see Pub.L. 107-188, Title III, § 315, June 12, 2002, 116 Stat. 675, set out as a note under 21 U.S.C.A. § 331.

Study of Effect of Terrorism on Certain Animal Enterprises

Section 3 of Pub.L. 102-346 provided that:

"(a) Study.--The Attorney General and the Secretary of Agriculture shall jointly conduct a study on the extent and effects of domestic and international terrorism on enterprises using animals for food or fiber production, agriculture, research, or testing.

"(b) Submission of study.--Not later than 1 year after the date of enactment of this Act [Aug. 26, 1992], the Attorney General and the Secretary of Agriculture shall submit a report that describes the results of the study conducted under subsection (a) together with any appropriate recommendations and legislation to the Congress."

LIBRARY REFERENCES

American Digest System

Extortion and Threats k25.1.

RESEARCH REFERENCES

ALR Library

97 ALR, Fed. 273, What Conduct of Federal Law Enforcement Authorities in Inducing or Co-Operating in Criminal Offense Raises Due Process Defense Distinct from Entrapment.

32 ALR, Fed. 332, Validity, Construction, and Application of Endangered Species Act of 1973 (16 U.S.C.A. §§ 1531-1543).

20 ALR, Fed. 410, Validity, Construction, and Application of Federal Statutory Provision (Under 18 U.S.C.A. § 545 and Similar Predecessor Statutes) Making it Offense to Smuggle or Clandestinely Introduce Into United States Merchandise.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

18 USCA S 43     **Page 4**

Treatises and Practice Aids

1 Criminal Procedure, Second Edition § 1.2(B), a Federal System that is "One Among Many".

Restatement (Third) of Foreign Relations § 721, Applicability of Constitutional Safeguards.

18 U.S.C.A. § 43, **18 USCA § 43**

Current through P.L. 108-498 (excluding P.L. 108-447, 108-458) approved 12-23-04.

Copr. © 2004 West, a Thomson business. No Claim to Orig. U.S. Govt. Works

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.